UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

OAKLEY, INC.,

    Plaintiff,

    v.                                No.3:05-cv-1286-J-12TEM

NABIL HUIEIRA, etc., and FAROUK
HURAIRA, etc.,

    Defendant.

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause is before the Court on Plaintiff's Notice of Dismissal Without Prejudice as to Farouk Huraira (Doc.8), filed May 24, 2006. Upon review of the stipulation, it is

**ORDERED AND ADJUDGED**:

That this cause is hereby dismissed without prejudice pursuant to Fed.R.Civ.P 41(a) as to Defendant Farouk Huraira d/b/a King Food Discount #3 and the Clerk shall enter judgment.

**DONE AND ORDERED** this __31st__ day of May 2006.

                                                  Howell W. Melton
                                                  SENIOR UNITED STATES DISTRICT JUDGE

c:    Counsel of Record